IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CYNTHIA POTTER**,

        Plaintiff,

   v.

**MICHAEL J. ASTRUE**, **Commissioner,
Social Security Administration,**

        Defendant.

No. 3:10-cv-06316-JE

OPINION AND ORDER

**MOSMAN, J.**,

      On March 19, 2012, Magistrate Judge Jelderks issued his Findings and Recommendation ("F&R") [22] in the above-captioned case recommending that I deny the Commissioner's motion to remand for further proceedings, and enter a judgment reversing the Commissioner's decision and remanding this action for an award of benefits. The Government has indicated that it will not file objections.

## DISCUSSION

      The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of

1 – OPINION AND ORDER

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Jelderks's recommendation, and I ADOPT the F&R [22] as my own opinion.

IT IS SO ORDERED.

DATED this __26th__ day of March, 2012.

/s/ Michael W. Mosman_____
MICHAEL W. MOSMAN
United States District Court

2 – OPINION AND ORDER